JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/11/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BARAJAS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-07915-MWF-SH<br><br>**ORDER** |

## ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: February 11, 2016

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1